46 So.2d 860

Jessie (alias Jesse) COATS v. STATE.
6 Div. 917.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

47 So.2d 920

Roy John COBB v. STATE.
7 Div. 74.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Manslaughter, first degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

49 So.2d 924

James COCKRELL v. STATE.
6 Div. 58.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed

47 So.2d 920

Bessie COLLIER v. STATE.
8 Div. 900.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 910

Douglass COLSON v. STATE.
6 Div. 721.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempted burglary.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

47 So.2d 920

James COLVIN v. STATE.
6 Div. 941.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.